United States District Court
Eastern District of Michigan

**Julie Powers,**

    Plaintiff,

v.

**Charles River Laboratories,**
**Susan Jackson,** individually and in her official capacity, and **Roberto Romero,** individually and in his official capacity,

    Defendants.

_____/

Civil No. 16-13668

Honorable Gerald E. Rosen
Mag. Judge Stephanie Dawkins Davis

## Stipulation for Extension of Time

It is stipulated by and between plaintiff Julie Powers and federal defendant Roberto Romero that federal defendant may have an extension of time of 14 days, up to and including November 4, 2016, within which to answer, move, or otherwise plead in this action. This case was removed from State Court on October 14, 2016; therefore, additional time is needed to gather information to adequately respond to the complaint.

**Julie Powers**
367 Moross Road
Grosse Pointe Farms, MI 48236
(313) 231-2157

Dated: 10/19/2016

Barbara L. McQuade
United States Attorney

_s/Laura Anne Sagolla_
**Laura Anne Sagolla** (P63951)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Office: (313) 226-9774
E-mail: laura.sagolla@usdoj.gov

Dated: 10/19/2016