UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Julie Powers,**

    Plaintiff,

v.

**Charles River Laboratories**, **Susan Jackson**, individually and in her official capacity, and **Roberto Romero**, individually and in his official capacity,

    Defendants.
_____/

Civil No. 16-13668

Honorable Gerald E. Rosen
Mag. Judge Stephanie Dawkins Davis

## ORDER GRANTING STIPULATION FOR EXTENSION OF TIME

As stipulated between Plaintiff Julie Powers and Federal Defendant Roberto Romero (Docket 2), IT IS HEREBY ORDERED that the Federal Defendant shall have up to and including November 4, 2016, to answer, move, or otherwise plead to Plaintiff's complaint.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: October 19, 2016