# EXHIBIT 2

### THIRD CIRCUIT COURT OF MICHIGAN FOR THE COUNTY OF WAYNE
### CIVIL DIVISION

JULIE POWERS, in PRO PER,

    Plaintiff,

v

CHARLES RIVER LABORATORIES,
SUSAN JACKSON, individually and
in her official capacity, ROBERTO ROMERO,
individually and in his official capacity,

    Defendants, jointly and severally.

_____/

Case No. 16-009848-CD
Hon. Daniel A. Hathaway

*Order*

16-009848-CD
FILED IN MY OFFICE
WAYNE COUNTY CLERK
10/14/2016 11:19:16 AM
CATHY M. GARRETT
Precious Smith

### ORDER

At a session of said Court held in the county courthouse, Wayne County, Michigan,

ON: 10/14/2016 _____

PRESENT: Daniel A. Hathaway _____
Hon. Daniel A. Hathaway
Circuit Court Judge

    On the Court's own motion, the hearing currently scheduled for Friday, September 14, 2016 on Defendants CHARLES RIVER LABORATORIES and SUSAN JACKSONs' motion for summary disposition filed September 1, 2016, is hereby **ADJOURNED TO: WEDNESDAY, NOVEMBER 16, 2016 AT 9:00 AM**.

    Further, Plaintiff JULIE POWERS **shall** electronically file and serve a written response, either personally or through counsel, to this motion no later than Wednesday, November 9, 2016. MCR 2.116(G)(1)(a)(ii). Failure to timely file a written response will result in this Court treating Defendants' motion for summary disposition as unopposed.

    Additionally, Defendants CHARLES RIVER LABORATORIES and SUSAN JACKSON shall electronically file and serve a full and complete copy of the document

referenced in Paragraph 4 of the Agreement to Arbitrate Claims attached as Exhibit 2 to their September 1, 2016 motion for summary disposition, as reproduced below:

4. **Arbitration Procedures:** Except as specifically provided herein, the arbitration will be conducted according to the SAIC Employment Arbitration Rules and Procedures (the "Arbitration Procedures"). These rules and procedures are included in the SAIC Employee Dispute Resolution Guide as Attachment C and incorporated herein by this reference.

The above referenced document shall be electronically filed no later than Tuesday, November 1, 2016.

**IT IS SO ORDERED.**

                                                      /s/ Daniel A. Hathaway
                                                      _____
                                                      Hon. Daniel A. Hathaway

**THIS IS <u>NOT</u> A FINAL ORDER AND DOES <u>NOT</u> CLOSE THIS CASE.**